# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: KOENINGER, STEVEN A        § | Case No. 10-71837 |
| KOENINGER, TRACY A        § | |
| § | |
| Debtor(s)        § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/27/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 04/30/2015        By: /s/BERNARD J. NATALE
                                                                     Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: KOENINGER, STEVEN A § Case No. 10-71837
KOENINGER, TRACY A §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 67,839.22 |
| *and approved disbursements of* | $ 211.20 |
| *leaving a balance on hand of* [1] | $ 67,628.02 |
| **Balance on hand:** | $ 67,628.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 67,628.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,447.98 | 0.00 | 1,447.98 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,020.00 | 0.00 | 1,020.00 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 29.64 | 0.00 | 29.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,497.62 |
| Remaining balance: | $ 65,130.40 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 65,130.40 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 65,130.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,171.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 50.98 | 0.00 | 50.98 |
| 2 | Capital One Bank (USA), N.A. | 1,140.35 | 0.00 | 1,140.35 |
| 3 | ROCKFORD MERCANTILE AGENCY | 2,979.69 | 0.00 | 2,979.69 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,171.02 |
| Remaining balance: | $ 60,959.38 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 60,959.38 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 60,959.38 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $99.95. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 60,859.43.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-71837-TML
Steven A Koeninger                                                  Chapter 7
Tracy A Koeninger
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 2          Date Rcvd: May 01, 2015
                              Form ID: pdf006          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2015.
```
db/jdb         +Steven A Koeninger,    Tracy A Koeninger,    2807 Ellen Avenue,    Rockford, IL 61101-3534
15407076       +ALLIED BUSINESS ACCOUNTS, INC.,    300 1/2 South Second Street,    P.O. Box 1600,
                 Clinton, IA 52733-1600
15407077        ALLIED INTERSTATE,    P.O. Box 1089,    Buffalo, NY 14240-1089
15407078       +AMCORE BANK, N.A.,    Attn: Marilyn Kiefer,    1210 S. Alpine Road,    Rockford, IL 61108-3946
15407081       +ATG CREDIT,   P.O. Box 14895,    Chicago, IL 60614-8542
22736688       +Attorney Terry Hoss,    1916 Raincloud Dr.,    Rockford, IL 61108-6876
15407083       +C.B. ACCOUNTS, INC.,    1101 Main Street,    Peoria, IL 61606-1928
15407084        CAPITAL ONE,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15407085        CHASE HOME FINANCE,    3415 Vision Drive,    Columbus, OH 43219-6009
15407086        CITI,   P.O. Box 22060,    Tempe, AZ 85285-2060
15407087       +CITI FINANCIAL AUTO,    Bankruptcy Department,    P.O. Box 9578,    Coppell, TX 75019-9513
15407089       +CREDIT PROTECTION ASSOCIATION,    13355 Noel Road, 21st Floor,    Dallas, TX 75240-6837
15407090        CREDITOR SERVICES,    P.O. Box 4,   Clinton, IA 52733-0004
22757444        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
15407092       +DENNIS BREBNER & ASSOCIATES,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
22736690        Equable Ascent Fin LLC,    160 N Franklin St Floor 3,    Chicago, Il 60606-1822
15407094       +I.D.E.S.,    850 E. Madison Street,    Springfield, IL 62702-5520
15407096       +JUNIPER BANK,    P.O. Box 8802,    Wilmington, DE 19899-8802
15407098      #+MUTUAL MANAGEMENT SERVICES,    401 E. State St., 2nd Floor,    P.O. Box 4777,
                 Rockford, IL 61110-4777
15407099       +NORTHLAND GROUP, INC.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
15407100        ORCHARD BANK,    P.O. Box 80084,    Salinas, CA 93912-0084
15407101        PENN CREDIT CORPORATION,    P.O. Box 988,    Harrisburg, PA 17108-0988
15407102       +PORTFOLIO RECOVERY ASSOCIATES,    P.O. Box 1259, Dept. 6541,    Oaks, PA 19456-1259
15407104       +R & B RECEIVABLES MANAGEMENT,    860 S. Northpoint Blvd.,    Waukegan, IL 60085-8201
15407105       +RMH PATHOLOGISTS LTD,    c/o PBO, Inc.,    6785 Weaver Road, #D,    Rockford, IL 61114-8055
15407106       +ROCKFORD MERCANTILE AGENCY,    2502 S. Alpine Road,    Rockford, IL 61108-7813
15407107        SWEDISH AMERICAN HOSPITAL,    1401 Charles Street,    P.O. Box 4448,    Rockford, IL 61110-0948
22736689       +Swedish American Hospital,    1401 Charles Street,    Rockford, IL 61104-2203
15407109        UW HEALTH HOSPITAL & CLINICS,    Account Services Dept.,    P.O. Box 3006,
                 Milwaukee, WI 53201-3006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15407080       +E-mail/Text: bkrpt@retrievalmasters.com May 02 2015 02:01:57
                 AMERICAN MEDICAL COLLECTION AGENCY,    2269 S. Saw Mill River Rd., Bldg. 3,
                 Elmsford, NY 10523-3848
22714083        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2015 01:58:56
                 American InfoSource LP as agent for,    RJM Acquisitions, LLC,
                 as assignee of DOUBLEDAY BOOK CLUB,    PO Box 268850,    Oklahoma City, OK 73126-8850
15407088       +E-mail/Text: creditonebknotifications@resurgent.com May 02 2015 02:01:13     CREDIT ONE BANK,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
15407091       +E-mail/Text: aquist@creditorsprotection.com May 02 2015 02:03:40
                 CREDITORS’ PROTECTION SERVICE,    202 W. State St, 3rd Floor,    P.O. Box 4115,
                 Rockford, IL 61110-0615
15740220       +E-mail/PDF: rmscedi@recoverycorp.com May 02 2015 01:58:04      Capital Recovery III LLC,
                 Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
                 Attn: Ramesh Singh
15407103       +E-mail/Text: bankruptcynotices@pch.com May 02 2015 02:01:33     PUBLISHER’S CLEARING HOUSE,
                 382 Channel Drive,    Port Washington, NY 11050-2297
15407079        E-mail/PDF: cbp@springleaf.com May 02 2015 01:57:57     AMERICAN GENERAL FINANCE,
                 6412 N. Second Street,    Loves Park, IL 61111
15407110        E-mail/Text: specialbillingservices@uwmf.wisc.edu May 02 2015 02:01:34      UW HEALTH PHYSICIANS,
                 7974 UW Health Court,    Middleton, WI 53562-5531
                                                                                               TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15407082     ##+ATTORNEY TERRY HOSS,    P.O. Box 449,    Cherry Valley, IL 61016-0449
15407093     ##+EQUABLE ASCENT FNCL LLC,    1120 W Lake Cook Road, Ste B,    Buffalo Grove, IL 60089-1970
15407095     ##+JOSEPH & STEPHENS ASSOCIATES,    5150 Stilesboro Road, Ste 610,    Kennesaw, GA 30152-7760
15407097     ##+LUNDHOLM SURGICAL GROUP,    1340 Charles Street,    P.O. Box 4117,    Rockford, IL 61110-0617
15407108     ##+TRANSWORLD SYSTEMS, INC.,    100 East Kimberly Rd, #302,    Davenport, IA 52806-5943
                                                                                 TOTALS: 0, * 0, ## 5
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: kkrystave            Page 2 of 2                  Date Rcvd: May 01, 2015
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2015 at the address(es) listed below:
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Carole J. Ryczek    carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              James M Philbrick    on behalf of Creditor   CitiFinancial Auto Credit, Inc. jmphilbrick@att.net
              Kristen M Thompson    on behalf of Debtor Steven A Koeninger MartiM@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;SandyC@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
              Kristen M Thompson    on behalf of Joint Debtor Tracy A Koeninger MartiM@balsleylawoffice.com,
               LisaH@balsleylawoffice.com;SandyC@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Creditor   American General Finance sbalsley@bslbv.com
                                                                                             TOTAL: 10
```