# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KOENINGER, STEVEN A § Case No. 10-71837-MB
      KOENINGER, TRACY A §
                                       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $117,769.00          Assets Exempt: $72,825.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,270.97    Claims Discharged
                                                        Without Payment: $36,632.03

Total Expenses of Administration: $2,708.82

---

    3) Total gross receipts of $ 67,839.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 60,859.43 (see **Exhibit 2**), yielded net receipts of $6,979.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $83,918.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,708.82 | 2,708.82 | 2,708.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,588.47 | 4,270.97 | 4,270.97 | 4,270.97 |
| **TOTAL DISBURSEMENTS** | $125,506.47 | $6,979.79 | $6,979.79 | $6,979.79 |

4) This case was originally filed under Chapter 7 on April 13, 2010. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undisclosed Hip Replacement Settlement | 1242-000 | 67,839.22 |
| **TOTAL GROSS RECEIPTS** | | **$67,839.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KOENINGER, STEVEN A | Distribution paid 100.00% on $60,859.43; Claim# SURPLUS; Filed: $60,859.43; Reference: | 8200-002 | 60,859.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$60,859.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | AMERICAN GENERAL FINANCE | 4110-000 | 3,780.00 | N/A | N/A | 0.00 |
| NOTFILED | CITI FINANCIAL AUTO Bankruptcy Department | 4110-000 | 19,502.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE HOME FINANCE | 4110-000 | 60,636.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$83,918.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,020.00 | 1,020.00 | 1,020.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,447.98 | 1,447.98 | 1,447.98 |
| ATTY. BERNARD J. NATALE | 3120-000 | N/A | 29.64 | 29.64 | 29.64 |
| Rabobank, N.A. | 2600-000 | N/A | 22.76 | 22.76 | 22.76 |
| Rabobank, N.A. | 2600-000 | N/A | 97.54 | 97.54 | 97.54 |
| Rabobank, N.A. | 2600-000 | N/A | 90.90 | 90.90 | 90.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,708.82 | $2,708.82 | $2,708.82 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 29.45 | 50.98 | 50.98 | 50.98 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 1.22 | 1.22 | 1.22 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,074.41 | 1,140.35 | 1,140.35 | 1,140.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 27.33 | 27.33 | 27.33 |
| 3 | ROCKFORD MERCANTILE AGENCY | 7100-000 | 3,852.58 | 2,979.69 | 2,979.69 | 2,979.69 |
| 3I | ROCKFORD MERCANTILE AGENCY | 7990-000 | N/A | 71.40 | 71.40 | 71.40 |
| NOTFILED | LUNDHOLM SURGICAL GROUP | 7100-000 | 55.61 | N/A | N/A | 0.00 |
| NOTFILED | MUTUAL MANAGEMENT SERVICES | 7100-000 | 1,336.98 | N/A | N/A | 0.00 |
| NOTFILED | JUNIPER BANK | 7100-000 | 594.91 | N/A | N/A | 0.00 |
| NOTFILED | I.D.E.S. | 7100-000 | 2,196.00 | N/A | N/A | 0.00 |
| NOTFILED | JOSEPH & STEPHENS ASSOCIATES | 7100-000 | 2,139.04 | N/A | N/A | 0.00 |
| NOTFILED | DENNIS BREBNER & ASSOCIATES | 7100-000 | 303.40 | N/A | N/A | 0.00 |
| NOTFILED | EQUABLE ASCENT FNCL LLC | 7100-000 | 2,379.00 | N/A | N/A | 0.00 |
| NOTFILED | NORTHLAND GROUP, INC. | 7100-000 | 2,378.88 | N/A | N/A | 0.00 |
| NOTFILED | PENN CREDIT CORPORATION | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| NOTFILED | ORCHARD BANK | 7100-000 | 391.71 | N/A | N/A | 0.00 |
| NOTFILED | RMH PATHOLOGISTS LTD c/o PBO, Inc. | 7100-000 | 47.62 | N/A | N/A | 0.00 |
| NOTFILED | SWEDISH AMERICAN HOSPITAL | 7100-000 | 362.70 | N/A | N/A | 0.00 |
| NOTFILED | R & B RECEIVABLES MANAGEMENT | 7100-000 | 184.00 | N/A | N/A | 0.00 |
| NOTFILED | CREDITORS' PROTECTION SERVICE | 7100-000 | 3,255.17 | N/A | N/A | 0.00 |
| NOTFILED | UW HEALTH HOSPITAL & CLINICS Account Services Dept. | 7100-000 | 130.34 | N/A | N/A | 0.00 |
| NOTFILED | PORTFOLIO RECOVERY ASSOCIATES | 7100-000 | 617.00 | N/A | N/A | 0.00 |
| NOTFILED | UW HEALTH PHYSICIANS | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | TRANSWORLD SYSTEMS, INC. | 7100-000 | 144.21 | N/A | N/A | 0.00 |
| NOTFILED | C.B. ACCOUNTS, INC. | 7100-000 | 2,450.08 | N/A | N/A | 0.00 |
| NOTFILED | CREDITOR SERVICES | 7100-000 | 755.25 | N/A | N/A | 0.00 |
| NOTFILED | ALLIED INTERSTATE | 7100-000 | 50.98 | N/A | N/A | 0.00 |
| NOTFILED | AMCORE BANK, N.A. | 7100-000 | 10,102.37 | N/A | N/A | 0.00 |
| NOTFILED | ALLIED BUSINESS ACCOUNTS, INC. | 7100-000 | 2,249.68 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT PROTECTION ASSOCIATION | 7100-000 | 42.94 | N/A | N/A | 0.00 |
| NOTFILED | AMCORE BANK, N.A. | 7100-000 | 1,232.00 | N/A | N/A | 0.00 |
| NOTFILED | AMCORE BANK, N.A. | 7100-000 | 587.00 | N/A | N/A | 0.00 |
| NOTFILED | CREDIT ONE BANK | 7100-000 | 881.91 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 1,223.99 | N/A | N/A | 0.00 |
| NOTFILED | AMERICAN MEDICAL COLLECTION AGENCY | 7100-000 | 21.94 | N/A | N/A | 0.00 |
| NOTFILED | ATTORNEY TERRY HOSS | 7100-000 | 239.48 | N/A | N/A | 0.00 |
| NOTFILED | ATG CREDIT | 7100-000 | 41.84 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $41,588.47 | $4,270.97 | $4,270.97 | $4,270.97 |
|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71837-MB  
**Case Name:** KOENINGER, STEVEN A  
KOENINGER, TRACY A  
**Period Ending:** 08/10/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/13/10 (f)  
**§341(a) Meeting Date:** 06/03/10  
**Claims Bar Date:** 03/05/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 2807 Ellen Avenue, Rockf | 64,164.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank/ checking | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3 | Chase Bank/ checking | 280.00 | 280.00 | | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing and personal items | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Rings | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in Catholic Diocese of Rockford Lay Pen | 40,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 Chevrolet Monte Carlo | 9,500.00 | 0.00 | | 0.00 | FA |
| 9 | 1991 Chevrolet Silverado | 925.00 | 0.00 | | 0.00 | FA |
| 10 | Undisclosed Hip Replacement Settlement (u) | 0.00 | 67,500.00 | | 67,839.22 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$117,769.00** | **$68,780.00** | | **$67,839.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 1, 2015     **Current Projected Date Of Final Report (TFR):** March 23, 2015 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 10-71837-MB
**Case Name:** KOENINGER, STEVEN A
KOENINGER, TRACY A
**Taxpayer ID #:** **-***2399
**Period Ending:** 08/10/15

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ********66 - Checking Account
**Blanket Bond:** $8,842,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/14 | {10} | Steve & Tracy Koeninger | Pymt of Remainder of Undisclosed Settlement | 1242-000 | 67,839.22 | | 67,839.22 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.76 | 67,816.46 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.54 | 67,718.92 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.90 | 67,628.02 |
| 05/28/15 | 101 | BERNARD J. NATALE, LTD. | Dividend paid 100.00% on $1,020.00, Attorney for Trustee Fees (Trustee Firm); Reference: 11/12/14-12/22/15 | 3110-000 | | 1,020.00 | 66,608.02 |
| 05/28/15 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $1,447.98, Trustee Compensation; Reference: | 2100-000 | | 1,447.98 | 65,160.04 |
| 05/28/15 | 103 | ATTY. BERNARD J. NATALE | Dividend paid 100.00% on $29.64, Attorney for Trustee Expenses (Trustee Firm); Reference: 12/11/14 | 3120-000 | | 29.64 | 65,130.40 |
| 05/28/15 | 104 | KOENINGER, STEVEN A | Distribution paid 100.00% on $60,859.43; Claim# SURPLUS; Filed: $60,859.43; Reference: | 8200-002 | | 60,859.43 | 4,270.97 |
| 05/28/15 | 105 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 52.20 | 4,218.77 |
| | | | Dividend paid 100.00% on $50.98; Claim# 1; Filed: $50.98 | 7100-000 | 50.98 | | 4,218.77 |
| | | | Dividend paid 100.00% on $1.22; Claim# 1I; Filed: $1.22 | 7990-000 | 1.22 | | 4,218.77 |
| 05/28/15 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,2I | | | 1,167.68 | 3,051.09 |
| | | | Dividend paid 100.00% on $1,140.35; Claim# 2; Filed: $1,140.35 | 7100-000 | 1,140.35 | | 3,051.09 |
| | | | Dividend paid 100.00% on $27.33; Claim# 2I; Filed: $27.33 | 7990-000 | 27.33 | | 3,051.09 |
| 05/28/15 | 107 | ROCKFORD MERCANTILE AGENCY | Combined Check for Claims#3,3I | | | 3,051.09 | 0.00 |
| | | | Dividend paid 100.00% on $2,979.69; Claim# 3; Filed: $2,979.69 | 7100-000 | 2,979.69 | | 0.00 |
| | | | Dividend paid 100.00% on $71.40; Claim# 3I; Filed: $71.40 | 7990-000 | 71.40 | | 0.00 |

Subtotals : $67,839.22    $67,839.22

{} Asset reference(s)

Printed: 08/10/2015 02:11 PM    V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-71837-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** KOENINGER, STEVEN A | **Bank Name:** Rabobank, N.A. |
| KOENINGER, TRACY A | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***2399 | **Blanket Bond:** $8,842,000.00  (per case limit) |
| **Period Ending:** 08/10/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 67,839.22 | 67,839.22 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 67,839.22 | 67,839.22 | |
| | | | Less: Payments to Debtors | | | 60,859.43 | |
| | | | **NET Receipts / Disbursements** | | **$67,839.22** | **$6,979.79** | |

```
Net Receipts :           67,839.22
Less Payments to Debtor :  60,859.43
                         ----------
Net Estate :              $6,979.79
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********66** | 67,839.22 | 6,979.79 | 0.00 |
| | $67,839.22 | $6,979.79 | $0.00 |